IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD J. SALEVSKY, ADRIAN M. CARLIN-SALEVSKY, and SALEVSKY FAMILY LIMITED PARTNERSHIP, | No. 4:19-CV-02180 <br><br> (Chief Judge Brann) |
| Plaintiffs, | |
| v. | |
| SENECA RESOURCES COMPANY, LLC, | |
| Defendant. | |

## ORDER

**AND NOW**, this 7th day of July 2022, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Seneca Resources Company, LLC's motion to strike (Doc. 39) is **DENIED**.

2. Seneca's motion for summary judgment (Doc. 32) is **GRANTED**.

3. The Salevskys' motion for oral argument (Doc. 46) is **DENIED AS MOOT**.

4. Final Judgment is entered in favor of Seneca and against the Salevskys.

5. The Clerk of Court is directed to close the case file.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge