**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EDWARD J. SALEVSKY, ADRIAN M. CARLIN-SALEVSKY, and SALEVSKY FAMILY LIMITED PARTNERSHIP, | : | No. 4:19-CV-02180 |
| | : | |
| Plaintiffs, | : | (Judge Brann) |
| | : | |
| vs. | : | |
| | : | |
| SENECA RESOURCES COMPANY, LLC., | : | |
| | : | |
| Defendant. | : | |

## JUDGMENT IN A CIVIL ACTION

The Court has ordered that (check one):

\_\_\_ the plaintiff _____ recover from the defendant _____ the amount of $_____dollars ($            ), which includes prejudgment interest at the rate of _____percent, plus post judgment interest at the rate of _____ per annum, along with costs.

\_\_\_ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _____ recovery costs from the plaintiff _____.

 **X**   OTHER: final judgment is entered in favor of Seneca and against the Salevskys.

This action was:

\_\_\_\_ tried by a jury with Judge _____presiding   and the jury has rendered a verdict.
\_\_\_\_ tried by Judge _____ without a jury and the above decision was reached.
 **X**  decided by Judge Matthew W. Brann pursuant to 7/7/2022 Memorandum Opinion and Order.

Dated: 7/7/2022          Peter Welsh, Clerk of Court
                         By: s/Lisa A. Gonsalves, deputy